Jed W. Manwaring, ISB# 3040
Judy L. Geier, ISB #6559
EVANS KEANE LLP
1161 River Street, Suite 100
P. O. Box 959
Boise, Idaho 83702-0959
Telephone: (208) 384-1800
Facsimile: (208) 345-3514
E-Mail: jmanwaring@evanskeane.com
        jgeier@evanskeane.com

Attorneys for Plaintiff



NO.
A.M. _____ FILED _____ P.M.

MAR 24 2015

CHRISTOPHER D. RICH, Clerk
By JAMIE MARTIN
DEPUTY

## IN THE DISTRICT COURT OF THE FOURTH JUDICIAL DISTRICT OF

## THE STATE OF IDAHO, IN AND FOR THE COUNTY OF ADA

| | |
|---|---|
| BOISE FLOOR COVERING & DESIGN, INC., dba DILLABAUGH'S FLOORING AMERICA<br><br>Plaintiff,<br>vs.<br><br>REBUILD IDAHO LLC, SCOTT MAHER, DAVID E. FITZPATRICK and PATRICIA FITZPATRICK, husband & wife,<br><br>Defendants. | Case No. CV OC 1504834<br><br>COMPLAINT FOR FORECLOSURE |

Boise Floor Covering & Design Inc., dba Dillabaugh's Flooring America, by and through its attorneys of record, the law firm of Evans Keane LLP, complains and alleges as follows:

### GENERAL ALLEGATIONS

1.    Plaintiff Boise Floor Covering & Design Inc., dba Dillabaugh's Flooring America ("Boise Floor"), is an Idaho corporation with its principal place of business in Boise, Ada, and Canyon Counties, Idaho.

*COMPLAINT FOR FORECLOSURE - 1*

**EXHIBIT "A"**

2. Defendant Rebuild Idaho LLC is an Idaho limited liability company doing business in Canyon County Idaho.

3. Defendant Scott Maher is the sole member and interest holder of Rebuild Idaho LLC.

4. Defendants David E. Fitzpatrick and Patricia Fitzpatrick are husband and wife, owning certain real property and improvements in Ada County, Idaho, located at 10421 W. Dason Dr., Boise, Ada County, Idaho (the "Property"), which is more particularly described as follows:

> Lot 3 in Block 6 of Skyline Subdivision No. 4, according to the official plat thereof, filed in Book 38 of Plats at Pages 3158 and 3159, and amended by Affidavit of Correction recorded February 12, 1991 under Instrument No. 9107480, records of Ada County, Idaho.

5. On or about August 5, 2014, Defendant Maher on behalf of Rebuild Idaho LLC and as Defendant Fitzpatricks' hired contractor, contracted with Plaintiff to provide certain goods and labor/services to the Property with the value of $4,876.08. The delivery and labor/services were completed to the Property on August 27, 2014. Defendants Maher and Rebuild Idaho LLC failed to pay Plaintiff for the goods and labor/services.

6. Pursuant to Idaho Code §§ 45-501, *et. seq.*, Plaintiff, Boise Floor caused a Claim of Lien and Notice to be recorded on the Property on October 2, 2014 in the amount of $4,876.08 as Instrument No. 2014-080687, records of Ada County, Idaho. Said Claim of Lien and Notice was recorded within 90 days after completion of the services and goods provided to the Property. The Property owners were also provided notice of the Claim of Lien by certified mail no later than five business days after recording said Claim of Lien. This perfecting Complaint has been filed within six months of recording said Claim of Lien.

7. The above factual allegations are incorporated into each Count below.

*COMPLAINT FOR FORECLOSURE - 2*

## COUNT 1:

### BREACH OF CONTRACT and PIERCING THE COMPANY VEIL
### (Against Maher and Rebuild Idaho LLC)

8. At the request of Defendants Maher and Rebuild Idaho LLC, Plaintiff furnished certain building materials, supplies, equipment and labor per contract. The amount due and owing to Plaintiff is $4,876.08.

9. Defendant Maher is the alter ego of Rebuild Idaho LLC such that any corporate or company shield should be pierced. On information and belief, it is alleged that the limited liability company failed to follow corporate formalities with proper books and records; the funds, assets and accounts of the company and the individuals were co-mingled; the company was undercapitalized and/or Defendant Maher otherwise looted the company. Other evidence may exist to support piercing the company/corporate veil. There was such a unity of interest of ownership between the individual and the limited liability company that the separate personalities of the entity and individual no longer exist. An inequitable result would follow and promote injustice if the corporate/company liability shield were not pierced to hold the Defendant Maher personally liable for the company's debt.

10. Plaintiff has made various demands for the balance due, but Defendants Maher and Rebuild Idaho LLC have failed, neglected, and refused to pay said balance due or any portion thereof. Defendants Maher and Rebuild Idaho LLC have breached the contract causing damage to Plaintiff.

11. Plaintiff is entitled to interest on all past due amounts at the contract rate of 18% per annum, and Plaintiff is therefore entitled to recover interest on said amount.

12. Plaintiff is entitled to reasonable attorney fees and costs, pursuant to the laws of the State of Idaho, including but not limited to *Idaho Code § 12-120, 12121 and 12-123*, and further pursuant to the contract between the parties, its reasonable attorney fees and costs in the sum of not less than $1,500.00 if judgment is entered by default, and such other and further sums as the Court may find reasonable if this matter is contested.

## COUNT II:
## FORECLOSURE OF LIEN
### (Against all Defendants)

13. On or about the August 5, 2014, at the request of Defendants Maher and Rebuild Idaho LLC, Plaintiff began to furnish and did in fact begin furnishing, delivering and supplying building materials, supplies, equipment and labor which were used in the construction, alteration and/or repair of improvement(s) on the Property, which building materials, supplies, equipment and labor were in an agreed upon amount and reasonable value of the sum of $4,876.08, plus interest thereon per the agreement of the parties, after deducting all just credits, payments and offsets.

14. Plaintiff caused to be drawn and recorded a Claim of Lien, at a cost of $150.00 for the preparation, filing and recording thereof, for such materials, supplies, equipment and labor used on the premises, which said lien was filed in the office of the Ada County Recorder on October 2, 2014, as Instrument No. 2014-080687. Notice of the said lien was duly mailed within the statutory time of filing of said lien pursuant to *Idaho Code § 45-507*. Defendants have failed and refused to pay the amounts due or any portion thereof. As a result, Plaintiff has been required to obtain a litigation guarantee at a cost of $250.00 in order to foreclose its lien in this action.

*COMPLAINT FOR FORECLOSURE - 4*

15. Plaintiff is entitled to a judgment of foreclosure against all Defendants' interest in the Property. Plaintiff alleges that the interests of all of the Defendants are junior and subservient to the interest held by Plaintiff.

16. Plaintiff is entitled to pre-judgment interest payable at the rate of 18% per annum pursuant to agreement on invoices.

17. Plaintiff has been required to employ the legal services of attorneys to represent it in this action and is entitled to recover from the Property, pursuant to the agreement between the parties, as well as by operation of the laws of the State of Idaho, including, but not limited to, *Idaho Code* 12-120, 12-121 and 45-513, its reasonable attorney fees in the sum of not less than $1,500.00 if judgment is entered by default, and such other and further amounts as the Court may find reasonable if this matter is contested.

**WHEREFORE,** Plaintiff prays for judgment as follows:

a    A money judgment for breach of contract against Defendants Maher and Rebuild Idaho LLC in the amount of $4,876.08;

b    The sum of $150.00 for the cost of preparation and filing of the Claim of Lien;

c    The sum of $250.00 for the cost of the litigation guarantee;

d    For reasonable attorney fees incurred in the prosecution of this action in at least the sum of $1,500.00 if judgment is entered by default, and for such other and further sums as the Court may find reasonable if this matter is contested;

e    The that Claim of Lien held by Plaintiff be foreclosed;

f    That all Defendants, and each of them, and all persons claiming or to claim said premises or any part thereof, by, through, or under said Defendants, or any of them, be barred and foreclosed of all right, title, interest, claim or equity of redemption in and to the Property described in the Claim of Lien held by Plaintiff, or any part of said Property;

g    That the Court declare the rank of each lien or class of liens in accordance with Idaho Code § 45-512;

*COMPLAINT FOR FORECLOSURE - 5*

h    That the usual decree of foreclosure be made for the sale of all the real property described in the Claim of Lien of which Plaintiff is the holder, according to the law and practice of this Court, and that the property be sold in one parcel by the Sheriff; that the proceeds of sale be applied to all payments due Plaintiff; that the remaining parties named as Defendants, and each of them, and all persons claiming under them, or any of them, either as purchasers, encumbrances, or otherwise, be forever barred and foreclosed of any right, title, interest, claim or equity of redemption of said Property, or any part thereof, and improvements thereon;

i    That any party to this action may become a purchaser at said sale, and that the Sheriff execute a deed to said purchaser or purchasers and that said purchaser or purchasers be let into possession of the premises upon production of the said Sheriff's deed, certificate of sale or bill of sale therefor;

j    That Plaintiff have judgment and execution against certain contractual Defendants for any deficiency allowed by law which remains after payment of all the proceeds of the sale of the Property in the manner prayed for in this prayer for relief;

k    For costs and expenses incurred herein; and

l    For such other and further relief as the Court may deem proper in the premises.

**DATED** this 24 day of March, 2015.

EVANS KEANE LLP

By _____
Jed W. Manwaring, Of The Firm
Attorneys for Plaintiff

COMPLAINT FOR FORECLOSURE - 6