RECEIVED
SEP 21 2015
ADA COUNTY CLERK

NO. _____  FILED _____
A.M. _____  P.M. _____

SEP 15 2015

CHRISTOPHER D. RICH, Clerk
By JERI HEATON
DEPUTY

ADA COUNTY RECORDER Christopher D. Rich    2015-089153
BOISE IDAHO    Pgs=2    LISA BATT    09/25/2015 12:54 PM
SHEPHERD LAW    AMOUNT:$13.00

00149079201500891530020022

IN THE DISTRICT OF THE FOURTH JUDICIAL DISTRICT OF

THE STATE OF IDAHO, IN AND FOR THE COUNTY OF ADA

| | |
|---|---|
| BOISE FLOOR COVERING & DESIGN, INC., dba DILLABAUGH'S FLOORING AMERICA,<br><br>　　　　　　　　　Plaintiff,<br>v.<br><br>REBUILD IDAHO LLC, SCOTT MAHER, DAVID FITZPATRICK and PATRICIA FITZPATRICK, husband and wife,<br><br>　　　　　　　　　Defendant.<br>_____<br><br>DAVID FITZPATRICK and PATRICIA FITZPATRICK, husband and wife,<br><br>　　　　　　　　　Cross-Claimants,<br>v.<br><br>REBUILD IDAHO LLC, a limited liability company, and SCOTT MAHER, individually,<br><br>　　　　　　　　　Cross-Defendants. | Case No. CV-OC-15-04834<br><br>DEFAULT JUDGMENT |



DEFAULT JUDGMENT - 1                    **EXHIBIT "C"**                    4849-3185-1047, v. 1

JUDGMENT IS ENTERED AS FOLLOWS:

Judgment is hereby entered against Cross-Defendants, ReBuild Idaho, LLC and Scott Maher, jointly and severally, and in favor of Cross-Claimants, David Fitzpatrick and Patricia Fitzpatrick, in the sum of $24,552.06, plus costs in the amount of $304.75 and attorney's fees in the amount of $2,574.00 for a total judgment in the amount of $27,430.81.

DATED this 3rd day of September 2015

HONORABLE PATRICIA YOUNG

LAURIE FORTIER
_____
Magistrate Judge

STATE OF IDAHO ) ss
COUNTY OF ADA )
I Christopher D. Rich, Clerk of the District Court of the Fourth Judicial District of the State of Idaho, in and for the County of Ada do hereby certify that the foregoing is a true and correct copy of the original on file in this office. In witness whereof I have hereunto set my hand and affixed my official seal this _____ day of September, 20__.
CHRISTOPHER D. RICH, Clerk
By: _____ Deputy

**CLERK'S CERTIFICATE OF DELIVERY**

I hereby certify that on the _____ day of SEP 15 2015, 2015, I caused a true and correct copy of the foregoing DEFAULT JUDGMENT to be served by the method indicated below, and addressed to the following:

| | |
|---|---|
| Jed Manwaring<br>EVANS KEANE, LLP<br>Post Office Box 959<br>Boise, ID 83702-0959 | (X) U.S. Mail, Postage Prepaid<br>( ) Certified Mail/Return Receipt<br>( ) Hand Delivered<br>( ) Facsimile 345-3514<br>( ) Email: jmanwaring@evanskeane.com |
| Ron R. Shepherd<br>R. SHEPHERD LAW, PLLC<br>850 East Franklin Road, Suite 404<br>Meridian, ID 83642 | (X) U.S. Mail, Postage Prepaid<br>( ) Certified Mail/Return Receipt<br>( ) Hand Delivered<br>( ) Facsimile: 887-3443<br>( ) Email: ron@rshepherdlaw.com |
| Scott Maher<br>Rebuild Idaho LLC<br>ADA COUNTY JAIL<br>LE Number: 615730<br>7200 Barrister Drive<br>Boise, ID 83704 | (X) U.S. Mail, Postage Prepaid<br>( ) Certified Mail/Return Receipt<br>( ) Hand Delivered<br>( ) Facsimile:<br>( ) Email: |

CHRISTOPHER RICH

JERI HEATON
By: _____
Deputy Clerk

SEAL

DEFAULT JUDGMENT - 2

4849-3185-1047, v. 1