Filed: 05/21/2020 09:38:04
Fourth Judicial District, Ada County
Phil McGrane, Clerk of the Court
By: Deputy Clerk - Lamb, Tim

Ron R. Shepherd, ISBN 6593
SHEP LAW GROUP
1990 North Meridian Road
Meridian, ID  83646
Telephone:  (208) 887-3444
Facsimile:  (208) 887-3443
Direct: ron@sheplawgroup.net
E-filing:  efile@sheplawgroup.net

Attorneys for Cross-Claimants
David Fitzpatrick & Patricia Paulin

## IN THE DISTRICT OF THE FOURTH JUDICIAL DISTRICT OF

## THE STATE OF IDAHO, IN AND FOR THE COUNTY OF ADA

| | |
|---|---|
| BOISE FLOOR COVERING & DESIGN, INC., dba, DILLABAUGH'S FLOORING AMERICA<br><br>Plaintiff,<br><br>v.<br><br>REBUILD IDAHO LLC, SCOTT MAHER, DAVID E. FITZPATRICK, and PATRICIA FITZPATRICK, husband & wife,<br><br>Defendants.<br>_____<br><br>DAVID FITZPATRICK and PATRICIA PAULIN (fka PATRICIA FITZPATRICK),<br><br>Cross-Claimants,<br><br>v.<br><br>REBUILD IDAHO LLC, a limited liability company, and SCOTT MAHER, individually,<br><br>Cross-Defendants.<br>_____ | Case No. CV-OC-2015-4834<br><br>DECREE RENEWING DEFAULT JUDGMENT |

DECREE RENEWING DEFAULT JUDGMENT - 2

**EXHIBIT "D"**

IT IS HEREBY ORDERED THAT the Default Judgment entered in this case on September 15, 2015, is renewed, pursuant to Idaho Code § 10-1111.

DATED _____ Signed: 5/20/2020 10:38 AM

_____
District Judge

## CLERK'S CERTIFICATE OF DELIVERY

I hereby certify that on _____ (Signed: 5/21/2020 09:18 AM), I caused a true copy of the foregoing ORDER RENEWING DEFAULT JUDGMENT to be served by the method indicated below, and addressed to the following:

| | |
|---|---|
| Scott Maher<br>Rebuild Idaho LLC<br>IDAHO STATE CORRECTIONAL<br>CENTER - H BLOCK<br>LE Number: 88907<br>Post Office Box 70010<br>Boise, ID 83707 | (✓) U.S. Mail, Postage Prepaid<br>( ) Certified Mail/Return Receipt<br>( ) Hand Delivered<br>( ) Facsimile:<br>( ) Email:<br>( ) iCourt: |
| Ron R. Shepherd<br>SHEP LAW GROUP<br>1990 N. Meridian Rd.<br>Meridian, ID 83646 | ( ) U.S. Mail, Postage Prepaid<br>( ) Certified Mail/Return Receipt<br>( ) Hand Delivered<br>( ) Facsimile: 208-887-3443<br>(✓) Email: ron@sheplawgroup.net<br>( ) iCourt: efile@sheplawgroup.net |

PHIL MCGRANE
Clerk of the Court

By: _____
Deputy Clerk

DECREE RENEWING DEFAULT JUDGMENT - 2