Ron R. Shepherd, ISBN 6593
David L. Bartels, ISBN 10976
SHEP LAW GROUP
1990 North Meridian Road
Meridian, ID  83646
Telephone:  (208) 887-3444
Facsimile:  (208) 887-3443
Direct: ron@sheplawgroup.net
          david@sheplawgroup.net
E-filing:  efile@sheplawgroup.net

Attorneys for Plaintiffs

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| IN RE: | Case No. 22-00577-NGH |
| SCOTT ANTHONY MAHER | Adv. Proceeding No. 23-06012 |
| Debtors. | DECLARATION OF SERVICE |
| DAVID FITZPATRICK and PATRICIA PAULIN (fka Patricia Fitzpatrick), | |
| Plaintiffs, | |
| v. | |
| SCOTT ANTHONY MAHER, | |
| Defendant. | |

## DECLARATION OF SERVICE

BRENDA SEEGER declares as follows:

1. That I am a resident of the state of Idaho;

2. That I am over the age of eighteen years and not a party to this action;

3. That on Monday, the 10th day of April 2023 at 6:22 p.m., I served a copy

of the following documents upon Scott Anthony Maher:

DECLARATION OF SERVICE - 1

   A. Summons; and

   B. Complaint for Determination of Dischargeability of Debt

by personally delivering said documents to Scott Anthony Maher at 10320 Whispering Cliffs Drive, Boise, ID 83704.

 I certify and declare under penalty of perjury pursuant to the law of the State of Idaho that the foregoing is true and correct.

 DATED this 11th day of April 2023

          /s/ Brenda Seeger
         BRENDA SEEGER
         Declarant

DECLARATION OF SERVICE - 2

## CERTIFICATE OF DELIVERY

I HEREBY CERTIFY that on the 11th day of April 2023, I electronically filed the foregoing DECLARATION OF SERVICE with the Clerk of the Court using the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

US Trustee
ustp.region18.bs.ecf@usdoj.gov

Patrick Geile, Trustee
pgeile@foleyfreeman

Holly E. Sutherland
Attorneys for Debtor
holly@averylaw.net

      /s/ Ron R. Shepherd
RON R. SHEPHERD

DECLARATION OF SERVICE - 3