# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF IDAHO

| | |
|---|---|
| **IN RE:** <br><br> **Scott Anthony Maher** <br><br> Debtor. | **Case No. 22-00577-NGH** |
| **David Fitzpatrick** <br> **Patricia Paulin (fka Fitzpatrick)** <br><br> Plaintiff, <br><br> vs. <br><br> **Scott Anthony Maher** <br><br> Defendant. | **Adv. No. 23-06012-NGH** |

## NOTICE OF PRETRIAL CONFERENCE AND ORDER

**On the 15th day of June, 2023, at 9:00 a.m. (MT)**, a telephonic pretrial conference will be held in the above captioned proceeding. On the date and at the time specified, the parties shall call the Courts personal conferencing phone number at **1-669-254-5252, Member ID 160-5422-0978**. Failure to participate will result in trial and trial deadlines being set without further notice.

NOTICE OF PRETRIAL CONFERENCE AND ORDER - 1

The parties shall be prepared to discuss the following matters at the pretrial conference.

1. Whether the pleadings are settled, or whether the parties anticipate amendments to the pleadings or to join additional parties. If the latter, whether such amendments may be accomplished by stipulation or, alternatively, the time required to present such matters to the Court.

2. Whether there are unresolved issues of jurisdiction, service or procedure that must be addressed, and whether the parties have expressively consented as required by Federal Rules of Bankruptcy Procedure 7008 and 7012(b).

3. The anticipated time required to complete all discovery, and whether any discovery issues (experts, privilege, electronic records, etc.) are anticipated that may require special attention.

4. The possibility of pretrial motions, including any dispositive motions, and a suggested deadline for the filing and hearing of such motions.

5. The number of anticipated witnesses and the volume of anticipated exhibits, and any matters related to the Courts standard Order Regarding Exhibits and Witness List (a copy of which is attached hereto).

6. The potential for resolution through, and any matters relating to, alternative dispute resolution (ADR) practices and procedures.

NOTICE OF PRETRIAL CONFERENCE AND ORDER - 2

7. The anticipated time required for trial.

Parties shall have, at the time of the pretrial conference, access to their calendars, and shall be prepared to identify available and unavailable dates for the scheduling of trial.

Stephen W. Kenyon, Clerk

U.S. Bankruptcy Court



United States Courts
District of Idaho

Kelly Moore
on May 11, 2023 9:09 am

NOTICE OF PRETRIAL CONFERENCE AND ORDER - 3

ORDER REGARDING EXHIBITS AND WITNESS LISTS

The following provisions govern all documentary exhibits to be used in the trial of the adversary proceeding, and identification of all witnesses that may be called, except exhibits used solely for purposes of impeachment or rebuttal, and witnesses called solely for rebuttal.

(a)  Marking, exchanging, and providing exhibits

(1)  Each party shall identify a proposed documentary exhibit by marking it, if practicable, in the lower righthand corner of its first page. Unless there are more than two parties, the plaintiff shall identify exhibits by consecutive number starting with 100 (100, 101, 102, 103, etc.), and the defendant shall identify exhibits by consecutive number starting with 200 (200, 201, 202, 203, etc.).

(A)  If there are more than two parties, or if parties anticipate a number of exhibits greater than this protocol will accommodate, the parties shall address that matter with the courtroom deputy and comply with such orders as the Court may enter as to exhibit identification and numbering. Ordinarily subsequent number ranges (300, 301, 302, 303, etc.; 400, 401, 402, 403, etc.) will be assigned to the additional parties.

(2)  Any party intending to offer an exhibit in evidence shall provide pre-marked copies thereof to opposing parties and provide the original and one copy to the courtroom deputy, no later than forty-eight (48) hours prior to the scheduled commencement of trial unless otherwise ordered by the Court. Failure to do so may be grounds for not admitting an exhibit in evidence.

(3)  Where a party intends to offer ten (10) or more exhibits, that party shall place its pre-marked exhibits in tabbed binders prior to exchanging exhibits with other parties and providing them to the courtroom deputy.

(b)  Identification and disclosure of witnesses

(1)  Each party shall disclose the names and addresses of all witnesses proposed to be called at trial, except for rebuttal witnesses. Such witness lists shall be provided to opposing parties and the courtroom deputy no later than forty-eight (48) hours prior to the scheduled commencement of trial unless otherwise ordered by the Court. Failure to do so may be grounds for not allowing the testimony of a witness.

(2)  Parties designating a witness shall have the responsibility, subject to the Bankruptcy Rules, of assuring the presence of the witness at trial.

    (c)  Discretion of the Court.

    Notwithstanding the foregoing, the Court may enter such orders concerning exhibits or witness lists as may be necessary or appropriate, including modification or waiver of the requirements of this Order.

**BY ORDER OF THE COURT**

United States Bankruptcy Court

District of Idaho

Fitzpatrick,
    Plaintiff

Adv. Proc. No. 23-06012-NGH

Maher,
    Defendant

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0976-1 | User: admin | Page 1 of 2 |
| Date Rcvd: May 11, 2023 | Form ID: pdf035 | Total Noticed: 4 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 13, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| pla | + | David Fitzpatrick, c/o Shep Law Group, 1990 N. Meridian Road, Meridian, ID 83646-1641 |
| pla | + | Patricia Paulin (fka Fitzpatrick), c/o Shep Law Group, 1990 N. Meridian Road, Meridian, ID 83646-1641 |
| dft | + | Scott Anthony Maher, 10320 Whispering Cliffs Dr, Boise, ID 83704-1909 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| ust | + | Email/Text: ustp.region18.bs.ecf@usdoj.gov | May 11 2023 23:01:00 | US Trustee, 550 West Fort St, Ste 698, Boise, ID 83724-0101 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 13, 2023    Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 11, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Ronald Robert Shepherd | on behalf of Plaintiff David Fitzpatrick ron@rshepherdlaw.com brenda@rshepherdlaw.com |
| Ronald Robert Shepherd | on behalf of Plaintiff Patricia Paulin (fka Fitzpatrick) ron@rshepherdlaw.com brenda@rshepherdlaw.com |

District/off: 0976-1 | User: admin | Page 2 of 2
Date Rcvd: May 11, 2023 | Form ID: pdf035 | Total Noticed: 4

TOTAL: 2