[23-06012-NGH Fitzpatrick et al v. Maher](#)

Type: ap                              Office: 1 (Boise)                    Judge: NGH
Lead Case: 1-22-bk-577                Case Flag: Adversary

# U.S. Bankruptcy Court

## District of Idaho

Notice of Electronic Filing

The following transaction was received from Battle, Mel entered on 6/15/2023 at 9:21 AM MDT and filed on 6/15/2023

**Case Name:**         Fitzpatrick et al v. Maher
**Case Number:**       [23-06012-NGH](#)
**Document Number:** 10

**Docket Text:**
Hearing Held

**Appearances: Ronald R. Shepherd - Counsel for the Plaintiff's, Scott A. Maher - Defendant**

**Report of Proceedings: Telephone Pretrial Conference. The pleadings are settled. Any and all discovery shall be completed no later than, December 15, 2023. Any and all pretrial motions, including any motions for continuances, must be filed and a hearing held before the Court in accordance with Federal and Local Bankruptcy Rules (including but not limited to LBR 7056.1) no later than December 18, 2023. Pretrial briefs shall be filed no later than January 30, 2024. Trial of this matter is set for February 13-15, 2024, at 9:00 a.m. at the U.S. Bankruptcy Court, James A. McClure Federal Building and U.S. Courthouse, 550 West Fort Street, Boise, Idaho. A pretrial order shall be forthcoming.**

Audio File Location: Zoom-Telephone

(RE: related document(s)[1] Complaint filed by Plaintiff David Fitzpatrick, Plaintiff Patricia Paulin (fka Fitzpatrick)) (mb)

The following document(s) are associated with this transaction:

**23-06012-NGH Notice will be electronically mailed to:**

Ronald Robert Shepherd on behalf of Plaintiff David Fitzpatrick
ron@rshepherdlaw.com, brenda@rshepherdlaw.com

Ronald Robert Shepherd on behalf of Plaintiff Patricia Paulin (fka Fitzpatrick)
ron@rshepherdlaw.com, brenda@rshepherdlaw.com

**23-06012-NGH Notice will not be electronically mailed to:**

Scott Anthony Maher
10320 Whispering Cliffs Dr
Boise, ID 83704

United States Bankruptcy Court
District of Idaho

Fitzpatrick,
    Plaintiff

Maher,
    Defendant

Adv. Proc. No. 23-06012-NGH

## CERTIFICATE OF NOTICE

District/off: 0976-1    User: admin    Page 1 of 1
Date Rcvd: Jun 15, 2023    Form ID: pdf018    Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 17, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| dft | + Scott Anthony Maher, 10320 Whispering Cliffs Dr, Boise, ID 83704-1909 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| ust | + Email/Text: ustp.region18.bs.ecf@usdoj.gov | Jun 15 2023 23:39:00 | US Trustee, 550 West Fort St, Ste 698, Boise, ID 83724-0101 |

TOTAL: 1

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 17, 2023      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 15, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Ronald Robert Shepherd | on behalf of Plaintiff David Fitzpatrick ron@rshepherdlaw.com brenda@rshepherdlaw.com |
| Ronald Robert Shepherd | on behalf of Plaintiff Patricia Paulin (fka Fitzpatrick) ron@rshepherdlaw.com brenda@rshepherdlaw.com |

TOTAL: 2