UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| | |
|---|---|
| IN RE:<br><br>Scott Anthony Maher.<br><br>    Debtors. | Case No. 22-00577-NGH |
| David Fitzpatrick, and Patricia Paulin (fka Fitzpatrick),<br><br>    Plaintiffs,<br><br>vs.<br><br>Scott Anthony Maher<br><br>    Defendant. | Adv. No. 23-06012-NGH |

PRETRIAL ORDER

On the 15th day of June 2023, a telephonic pretrial conference was held, at which the following parties participated:

Plaintiff(s): Ronald R. Shepherd

Defendant(s): Scott A. Maher

Based upon the results of that pretrial conference, the Court for good cause hereby ORDERS as follows:

PRETRIAL ORDER - 1

1. The pleadings are settled. This is a core proceeding over which this Court exercises jurisdiction, 28 U.S.C. §157, 1334, and enters final orders and judgments subject to appeal under 28 U.S.C. §158. Pursuant to Bankruptcy Rules 7008 and 7012 as amended Dec. 1, 2016, the parties expressly consent to this Court entering final orders and/or judgment.

2. Any and all discovery shall be completed no later than, December 15, 2023.

3. With the exception of motions in limine, any and all pretrial motions, including any motions for continuances and any motions to permit a witness to testify at trial by contemporaneous transmission from a location other than the courtroom, must be filed and a hearing held before the Court in accordance with Federal and Local Bankruptcy Rules (including but not limited to LBR 7056.1) no later than December 18, 2023.

4. The deadlines set forth herein may not be extended by agreement of the parties except upon the filing of a written stipulation approved by order of the Court prior to the expiration of the original deadline.

5. Except to the extent modified by the terms of this Order, the parties shall comply with the Court's Order Regarding Exhibits and Witness List attached hereto.

6. Pretrial briefs shall be filed no later than January 30, 2024.

PRETRIAL ORDER - 2

7. Trial of this matter is set for February 13-15, 2024, at 9:00 a.m. at the U.S. Bankruptcy Court, James A. McClure Federal Building and U.S. Courthouse, 550 West Fort Street, Boise, Idaho.

DATED: June 15, 2023

_____
NOAH G. HILLEN
U.S. Bankruptcy Judge

PRETRIAL ORDER - 3

ORDER REGARDING EXHIBITS AND WITNESS LISTS

The following provisions govern all documentary exhibits to be used in the trial of the adversary proceeding, and identification of all witnesses that may be called, except exhibits used solely for purposes of impeachment or rebuttal, and witnesses called solely for rebuttal.

(a) Marking, exchanging, and providing exhibits

(1) Each party shall identify a proposed documentary exhibit by marking it, if practicable, in the lower righthand corner of its first page. Unless there are more than two parties, the plaintiff shall identify exhibits by consecutive number starting with 100 (100, 101, 102, 103, etc.), and the defendant shall identify exhibits by consecutive number starting with 200 (200, 201, 202, 203, etc.).

(A) If there are more than two parties, or if parties anticipate a number of exhibits greater than this protocol will accommodate, the parties shall address that matter with the courtroom deputy and comply with such orders as the Court may enter as to exhibit identification and numbering. Ordinarily subsequent number ranges (300, 301, 302, 303, etc.; 400, 401, 402, 403, etc.) will be assigned to the additional parties.

(2) Any party intending to offer an exhibit in evidence shall provide pre-marked copies thereof to opposing parties, and provide a Witness original exhibit binder, one Bench copy exhibit binder to the courtroom deputy, no later than **January 30, 2024,** unless otherwise ordered by the Court. Failure to do so may be grounds for not admitting an exhibit in evidence.

(3) Where a party intends to offer exhibits, that party shall place its pre-marked exhibits in tabbed binders prior to exchanging exhibits with other parties and providing them to the courtroom deputy.

(b) Identification and disclosure of witnesses

(1) Each party shall disclose the names and addresses of all witnesses proposed to be called at trial, except for rebuttal witnesses. Such witness lists shall be provided to opposing parties and the courtroom deputy no later than **January 30, 2024,** unless otherwise ordered by the Court. Failure to do so may be grounds for not allowing the testimony of a witness.

(2) Parties designating a witness shall have the responsibility, subject to the Bankruptcy Rules, of assuring the presence of the witness at trial.

(c) Discretion of the Court.

Notwithstanding the foregoing, the Court may enter such orders concerning exhibits or witness lists as may be necessary or appropriate, including modification or waiver of the requirements of this Order.

**BY ORDER OF THE COURT**

United States Bankruptcy Court
District of Idaho

Fitzpatrick,
    Plaintiff

Adv. Proc. No. 23-06012-NGH

Maher,
    Defendant

## CERTIFICATE OF NOTICE

District/off: 0976-1      User: admin      Page 1 of 1
Date Rcvd: Jun 15, 2023      Form ID: pdf018      Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 17, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| dft | + Scott Anthony Maher, 10320 Whispering Cliffs Dr, Boise, ID 83704-1909 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| ust | + Email/Text: ustp.region18.bs.ecf@usdoj.gov | Jun 15 2023 23:39:00 | US Trustee, 550 West Fort St, Ste 698, Boise, ID 83724-0101 |

TOTAL: 1

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 17, 2023      Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 15, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Ronald Robert Shepherd | on behalf of Plaintiff David Fitzpatrick ron@rshepherdlaw.com  brenda@rshepherdlaw.com |
| Ronald Robert Shepherd | on behalf of Plaintiff Patricia Paulin (fka Fitzpatrick) ron@rshepherdlaw.com  brenda@rshepherdlaw.com |

TOTAL: 2