# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0976−1 | User: admin | Date Created: 11/15/2023 |
| Case: 23−06012−NGH | Form ID: pdf012 | Total: 5 |

**Recipients of Notice of Electronic Filing:**
aty     Ronald Robert Shepherd     ron@sheplawgroup.net

TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
pla     David Fitzpatrick     c/o Shep Law Group     1990 N. Meridian Road     Meridian, ID 83646
pla     Patricia Paulin (fka Fitzpatrick)     c/o Shep Law Group     1990 N. Meridian Road     Meridian, ID 83646
dft     Scott Anthony Maher     10320 Whispering Cliffs Dr     Boise, ID 83704
ust     US Trustee     550 West Fort St, Ste 698     Boise, ID 83724 USA

TOTAL: 4