# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF IDAHO

| | |
|---|---|
| IN RE: | Case No. 22-00577-NGH |
| SCOTT ANTHONY MAHER | Adv. Proceeding No. 23-06012 |
| Debtor. | |
| DAVID FITZPATRICK and PATRICIA PAULIN (fka Patricia Fitzpatrick), | |
| Plaintiffs, | |
| v. | |
| SCOTT ANTHONY MAHER, | |
| Defendant. | |

**ORDER GRANTING STIPULATION TO DISMISS WITH PREJUDICE**

Based upon the Stipulation (Doc. No. 22) of the parties previously filed herein, and good cause appearing therefor;

IT IS HEREBY ORDERED, AND THIS DOES ORDER, as follows:

1. The Complaint for Determination of Dischargeability of Debt filed herein on April 3, 2023 is DISMISSED with prejudice.

2. Neither party is awarded costs or attorney's fees.  //end of text//

DATED: December 2, 2023



_____
NOAH G. HILLEN
U.S. Bankruptcy Judge

Submitted by:
Ron R. Shepherd
SHEP LAW GROUP
1990 North Meridian Road
Meridian, ID 83646
T:  208-887-3444
Email:  ron@sheplawgroup.net; efile@sheplawgroup.net
Attorneys for David Fitzpatrick and Patricia Paulin