# Notice Recipients

District/Off: 0976−1    User: admin    Date Created: 12/4/2023
Case: 23−06012−NGH    Form ID: pdf040    Total: 5

**Recipients of Notice of Electronic Filing:**
aty    Ronald Robert Shepherd    ron@sheplawgroup.net

TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
pla    David Fitzpatrick    c/o Shep Law Group    1990 N. Meridian Road    Meridian, ID 83646
pla    Patricia Paulin (fka Fitzpatrick)    c/o Shep Law Group    1990 N. Meridian Road    Meridian, ID 83646
dft    Scott Anthony Maher    10320 Whispering Cliffs Dr    Boise, ID 83704
ust    US Trustee    550 West Fort St, Ste 698    Boise, ID 83724 USA

TOTAL: 4