# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF IDAHO

| | | |
|---|---|---|
| IN RE: | ) | Case No. 22-00577-NGH |
| | ) | |
| SCOTT ANTHONY MAHER | ) | Adv. Proceeding No. 23-06012 |
| | ) | |
| Debtor. | ) | |
| ———————————————— | ) | |
| | ) | |
| DAVID FITZPATRICK and PATRICIA | ) | |
| PAULIN (fka Patricia Fitzpatrick), | ) | |
| | ) | |
| Plaintiffs, | ) | |
| v. | ) | |
| | ) | |
| SCOTT ANTHONY MAHER, | ) | |
| | ) | |
| Defendant. | ) | |
| ———————————————— | ) | |

## ORDER GRANTING STIPULATION TO DISMISS WITH PREJUDICE

Based upon the Stipulation (Doc. No. 22) of the parties previously filed herein, and good cause appearing therefor;

IT IS HEREBY ORDERED, AND THIS DOES ORDER, as follows:

1. The Complaint for Determination of Dischargeability of Debt filed herein on April 3, 2023 is DISMISSED with prejudice.

2. Neither party is awarded costs or attorney's fees.  //end of text//

DATED: December 2, 2023



_____
NOAH G. HILLEN
U.S. Bankruptcy Judge

Submitted by:
Ron R. Shepherd
SHEP LAW GROUP
1990 North Meridian Road
Meridian, ID 83646
T:  208-887-3444
Email:  ron@sheplawgroup.net; efile@sheplawgroup.net
Attorneys for David Fitzpatrick and Patricia Paulin

United States Bankruptcy Court
District of Idaho

Fitzpatrick,

    Plaintiff

Maher,

    Defendant

Adv. Proc. No. 23-06012-NGH

# CERTIFICATE OF NOTICE

| District/off: 0976-1 | User: admin | Page 1 of 2 |
| Date Rcvd: Dec 04, 2023 | Form ID: pdf040 | Total Noticed: 4 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 06, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| pla | + | David Fitzpatrick, c/o Shep Law Group, 1990 N. Meridian Road, Meridian, ID 83646-1641 |
| pla | + | Patricia Paulin (fka Fitzpatrick), c/o Shep Law Group, 1990 N. Meridian Road, Meridian, ID 83646-1641 |
| dft | + | Scott Anthony Maher, 10320 Whispering Cliffs Dr, Boise, ID 83704-1909 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| ust | + | Email/Text: ustp.region18.bs.ecf@usdoj.gov | Dec 04 2023 22:59:00 | US Trustee, 550 West Fort St, Ste 698, Boise, ID 83724-0101 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 06, 2023        Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 4, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Ronald Robert Shepherd | on behalf of Plaintiff David Fitzpatrick ron@sheplawgroup.net  brenda@rshepherdlaw.com |
| Ronald Robert Shepherd | on behalf of Plaintiff Patricia Paulin (fka Fitzpatrick) ron@sheplawgroup.net  brenda@rshepherdlaw.com |

District/off: 0976-1                         User: admin                            Page 2 of 2
Date Rcvd: Dec 04, 2023                      Form ID: pdf040                         Total Noticed: 4
TOTAL: 2